ELI SOBEL, Appellant, v. JOSEPH STERNBERG and FRANCES STERNBERG, Respondents.— Judgment affirmed, without costs of this appeal to either party. All concur, except Cunningham and Dowling, JJ., who dissent and vote for reversal on the facts and for granting a new trial on the ground that the " Sixth," " Seventh,"

" Eighth," and " Tenth " findings of fact are against the weight of the evidence. (The judgment dismisses the complaint in an action for the declaration of a constructive trust in favor of plaintiff of certain property standing in the name of defendant.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.